UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MERCURY CASUALTY COMPANY,
a California Corporation,
as Subrogee of RICHARD and
KATHRYN SCHLENKER; RICHARD
SCHLENKER individually;
and KATHRYN SCHLENKER
individually,

    Plaintiffs,

  v.

CHAR-BROIL, a Division of
W.C. BRADLEY COMPANY, a
Georgia Corporation;
TARGET CORPORARION a
Minnesota Corporation;
and DOES 1 through 100,
inclusive,

    Defendants.
_____/

NO. CIV. 08-1374 WBS KJM

<u>ORDER OF RECUSAL</u>

----oo0oo----

Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Target Corporation.

1        IT IS THEREFORE ORDERED that the Clerk of the Court
2 reassign this case to another judge for all further proceedings,
3 making appropriate adjustments in the assignments of civil cases
4 to compensate for such reassignment.
5        Any dates previously set in this case are hereby
6 VACATED.  The parties are referred to the Order Setting
7 Status (Pretrial Scheduling) Conference filed on June 18, 2008.
8 DATED: September 18, 2008

                      WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE