Timothy E. Cary, Esq., SBN 093608
Law Offices of Robert A. Stutman, P.C.
500 N. State College, Suite 1100
Orange, California 92868
Telephone: (714) 919-4420
Facsimile:  (714) 919-4423
Our File Number: 1280.016

Attorneys for Plaintiff, MERCURY CASUALTY COMPANY
As Subrogee of RICHARD and KATHRYN SCHLENKER;
RICHARD and KATHRYN SCHLENKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCURY CASUALTY COMPANY, a California Corporation, as Subrogee of RICHARD and KATHRYN SCHLENKER; RICHARD SCHLENKER, individually; and KATHRYN SCHLENKER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAR-BROIL, a Division of W.C. BRADLEY COMPANY, a Georgia Corporation; TARGET CORPORATION, a Minnesota Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:08-cv-01374-MCE-KJM<br><br>Assigned to the Honorable Morrison C. England, Jr.<br><br><br>STIPULATION RE REQUEST FOR MODIFICATION OF SECOND PRETRIAL SCHEDULING ORDER PURSUANT TO Fed. R. Civ. P. 16; LOCAL RULE 16-270; ORDER |

IT IS HEREBY STIPULATED by and between the undersigned parties, by and through their counsel of record, as follows:

The parties agree and request that this Honorable Court modify its Second Pretrial Scheduling Order based on good cause for the following reasons:

1

1. This is a product liability case in which it is alleged that a component part manufactured by Third Party Defendant, S. H. Leggitt Company d/b/a Marshall Gas Controls ("Leggitt") and incorporated into a product manufactured by Defendant Char Broil caused or contributed to Plaintiff's damage.

2. On or about February 19, 2010 Leggitt filed a Notice of Filing of Bankruptcy under Chapter 11 of the Bankruptcy Code with resulting automatic stay of all proceedings against it.

3. The Automatic Stay provisions of the Bankruptcy Code stay the proceedings in this matter as to Leggitt. By virtue of the Bankruptcy Stay, the parties are enjoined from engaging in any discovery against Leggitt.

4. Counsel for Char Broil has engaged in dialogue with bankruptcy counsel for Leggitt, and with Plaintiffs' counsel, and it has been collectively agreed that a continuance of certain dates in the Pretrial Scheduling Order for up to 150 days will be potentially sufficient for the Chapter 11 process to be concluded and for some discovery to take place. Additionally the Parties request that the dates in the Pretrial Scheduling Order be amended to allow for the third party Leggitt to participate in discovery after it has been reorganized in bankruptcy and the stay is lifted.

5. Plaintiff and Defendant have agreed to participate in private mediation in Southern California within the next 60 days. In coordination with the bankruptcy trustee, Leggitt will be invited to attend this mediation with a view to resolving the entire case.

Accordingly, the parties agree and request that this Honorable Court modify its Second Pretrial Scheduling Order as follows:

That the fact discovery deadline shall be extended 150 days 11/11/10

That the Expert witness disclosure date shall be extended 150 days to 1/11/11

That the motion hearing deadline shall be continued to 2/7/11

That the Court continue the Final Pretrial Conference for 60 days.

That the Court continue the trial setting for 60 days.

6. The parties agree that this modification will best serve the parties' interests in light of the Leggitt bankruptcy as well as the need to conserve resources and explore the possibilities of a resolution while keeping the case on track to trial.

IT IS SO STIPULATED:

Dated: July 13, 2010                                   PAGE, SCRANTOM, SPROUSE,
                                                       TUCKER & FORD, P.C.


                                                       By: */S/ James C. Clark, Jr.*
                                                           James C. Clark, Jr.
                                                           Kirsten C. Stevenson
                                                           Attorneys for Defendants W.C.
                                                           BRADLEY CO. and TARGET
                                                           CORPORATION


Dated: July 13, 2010                                   LAW OFFICES OF ROBERT A.
                                                       STUTMAN,  P.C.



                                                       By:  */S/ Timothy E. Cary*
                                                            Timothy E. Cary, Esq.
                                                            Attorneys for Plaintiffs, MERCURY
                                                            CASUALTY COMPANY as
                                                            Subrogee of RICHRD AND
                                                            KATHRYN SCHLENKER; and
                                                            RICHARD and KATHRYN
                                                            SCHLENKER, Individually

ORDER

GOOD CAUSE APPEARING, the Second Pretrial Conference Scheduling Order will be modified to reflect the foregoing stipulation of the parties.  A revised Pretrial Scheduling Order will be forthcoming from the Court.

Dated: July 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE